**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-02405-REB-CBS

JONATHAN PALOZIE,

        Plaintiffs,

v.

GREGORY HERSHBERGER, Regional Director,
ROBERT A. HOOD, Warden,
LAWRENCE L. LEYBA, C.O.D.O.,
ANTHONY OSAGIE, C.O.P.A.,
HEMCMA S. TRAPP, C.O.N.P.,
MICHAEL CARR, C.O.M.T.,
ROBERT FRICKEY, C.O.N.P.,
DAVE SHIEFELBEIN, C.O.P.A., and
50 UNKNOWN PRISON OFFICIALS,

        Defendants.

---

**ORDER OVERRULING PLAINTIFF'S THIRD OBJECTION
UNDER RULE 72 TO ORDER TO SHOW CAUSE FOR
NUNC PRO TUNC ORDER TO MAKE MONTHLY PAYMENTS 28 U.S.C. § 1915**

---

**Blackburn, J.**

The matter before me is plaintiff's 3RD Objection Under Rule 72 TO Order to

Show Cause Every 30 Days to Show Cause for Nunc Pro Tunc Order to Make Monthly

Payments 28 U.S.C. § 1915 [#26], filed July 11, 2005.  Under 28 U.S.C. § 636(b) and

Fed.R.Civ.P. 72(a), I may modify or set aside any portion of a magistrate judge's order

which I find to be "clearly erroneous or contrary to law."  As I have affirmed previously

(*see* Order Overruling Objection to Order of the United States Magistrate Judge [#24],

filed June 23, 2005), plaintiff's objections to the magistrate judge's order are without

merit.  The magistrate judge's order is not clearly erroneous or contrary to law.

Although plaintiff may not currently have the ability to make the monthly payments

contemplated by 28 U.S.C. § 1915(b)(2), he still will be required monthly to submit

certified copies of his inmate trust fund account statement in order to verify his

continuing right to proceed *in forma pauperis* without complying with section

1915(b)(2).

> **THEREFORE, IT IS ORDERED** as follows:

> (1) That 3RD Objection Under Rule 72 TO Order to Show Cause Every 30 Days

to Show Cause for Nunc Pro Tunc Order to Make Monthly Payments 28 U.S.C. § 1915

[#26], filed July 11, 2005, is **OVERRULED**;

> (2) That plaintiff **SHALL FILE** a current, certified copy of his inmate trust fund

account statement within thirty (30) days of the date of this order, and every thirty (30)

days thereafter until this case is concluded; and

> (3) That failure to comply with this order shall result in immediate dismissal of

this action without further notice.

> Dated September 14, 2005, at Denver, Colorado.

> BY THE COURT:

> s/ Robert E. Blackburn
> Robert E. Blackburn
> United States District Judge