**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02405-REB-CBS

JONATHAN PALOZIE,

    Plaintiff,

v.

GREGORY HERSHBERGER, Regional Director,
ROBERT A. HOOD, Warden,
LAWRENCE L. LEYBA, C.O.D.O.,
ANTHONY OSAGIE, C.O.P.A.,
HEMCMA S. TRAPP, C.O.N.P.,
MICHAEL CARR, C.O.M.T.,
ROBERT FRICKY, C.O.N.P.,
DAVE SCHIEFELBEIN, C.O.P.A., and
50 UNKNOWN PRISON OFFICIALS, P.O. Box 8500, ADX, Florence, CO 81226,

    Defendants.

---

### MINUTE ORDER[1]

---

    Plaintiff's Motion in Limine Regarding Handcuffs; Shackes Trial Decor and Official Attire Before the Court [#69], filed March 28, 2006, is DENIED without prejudice as this motion is premature.

Dated: April 6, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.