IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02405-REB-CBS

JONATHAN PALOZIE,

    Plaintiff,

v.

GREGORY HERSHBERGER, Regional Director,
ROBERT A. HOOD, Warden,
LAWRENCE L. LEYBA, C.O.D.O.,
ANTHONY OSAGIE, C.O.P.A.,
HEMCMA S. TRAPP, C.O.N.P.,
MICHAEL CARR, C.O.M.T.,
ROBERT FRICKY, C.O.N.P.,
DAVE SCHIEFELBEIN, C.O.P.A., and
50 UNKNOWN PRISON OFFICIALS, P.O. Box 8500, ADX, Florence, CO, 81226,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER comes before the court on Defendants' Motion to Stay Proceedings Due to Plaintiff's Hospitalization (*doc. no. 85*). IT IS HEREBY ORDERED that the instant motion is GRANTED. However, the status conference set for July 24, 2006, is **VACATED** and **RESET** to **September 5, 2006, at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 844-2117** at the scheduled time.

**DATED:**    July 21, 2006