IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02405-REB-CBS

JONATHAN PALOZIE,
    Plaintiff,
v.

GREGORY HERSHBERGER, et al.,
    Defendants.

_____

ORDER
_____

    This civil action comes before the court on Defendants' Status Report filed September 1, 2006 (doc. # 90). Pursuant to the Order of Reference dated December 8, 2004, this matter was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions."

    Palozie filed two motions that have been pending in this case since April 10, 2006. (*See* docs. # 78 and # 79). The court set a status conference on July 24, 2006 to address the pending motions. On July 21, 2006, Defendants sought to stay the proceedings in this action due to Palozie's hospitalization for injuries sustained in an attack by another inmate. (*See* doc. # 85). On July 21, 2006, the court granted a stay and reset the status conference on September 5, 2006. (*See* doc. # 87).

    On September 1, 2006, pursuant to a telephone communication from Defendants' counsel, the court vacated the September 5, 2006 status conference due to Palozie's continued hospitalization. (*See* doc. # 89). On September 5, 2006, Defendants filed a status report regarding Palozie's continued hospitalization.

1

Defendants indicated their willingness to provide the court with an updated status report in 90 days. Accordingly,

IT IS ORDERED that Defendants Leyba, Osagie, Trapp, and Schiefelbein shall file a further status report on or before December 1, 2006 regarding Palozie's condition and the status of the case and the pending motions.

DATED at Denver, Colorado, this 31st day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge