**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02405-REB-CBS

JONATHAN PALOZIE,

    Plaintiff,

v.

GREGORY HERSHBERGER, Regional Director,
ROBERT A. HOOD, Warden,
LAWRENCE L. LEYBA, C.O.D.O.,
ANTHONY OSAGIE, C.O.P.A.,
HEMCMA S. TRAPP, C.O.N.P.,
MICHAEL CARR, C.O.M.T.,
ROBERT FRICKY, C.O.N.P.,
DAVE SCHIEFELBEIN, C.O.P.A., and
50 UNKNOWN PRISON OFFICIALS, P.O. Box 8500, ADX, Florence, CO 81226,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the recommendation contained in the magistrate judge's **Recommendation and Order of United States Magistrate Judge** [#96], filed December 5, 2006.[1]  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] No objections have been filed to the magistrate judge's orders on plaintiff's non-dispositive motions, and those rulings, therefore, are not before me.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendation contained in the magistrate judge's **Recommendation and Order of United States Magistrate Judge** [#96], filed December 5, 2006, is **APPROVED** and **ADOPTED** as an order of this court; and

2. That the Clerk of the Court is hereby **DIRECTED** to administratively close this case pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause.

Dated January 8, 2007, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**